ROGER J. SCHWARZ
ATTORNEY AT LAW

555 FIFTH AVENUE
14 FLOOR
NEW YORK, NEW YORK 10017

TELEPHONE: 212-818-0234
TELECOPIER: 212-986-5316
e-mail: rjscounsel@speakeasy.net

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07

November 19, 2007

Honorable Richard J. Sullivan
U.S. District Judge
Southern District of New York
Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re: UNITED STATES v. ROSALY GARCIA-GUZMAN; 07 Cr. 756 (RJS)

Dear Judge Sullivan:

    I am CJA counsel to the above-named defendant.

    I write to respectfully request leave to withdraw, and for the appointment of substitute CJA counsel, on the ground that I have accepted a senior legal position with the State of New York. That employment obligates me to divest myself of my pending docket.

    If Your Honor wishes to schedule a conference, might I respectfully request that Your Honor's Deputy coordinate the date and time with me and with the Assistant. Alternatively, the Court may wish to refer this matter to the duty Magistrate Judge.

    Thank you very much for your consideration.

Respectfully yours,

ROGER J. SCHWARZ

cc: Rua Kelly, Esq.
    Assistant U.S. Attorney (ECF)

*[Handwritten note:]* Counsel, Ms. Garcia-Guzman and counsel for the Government are to appear before the Court on Nov. 27, 2007 at 3pm.

SO ORDERED
Date: 11/20/07
RICHARD J. SULLIVAN, U.S.D.J.