UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **United States of America,**<br><br>-v-<br><br>**Rosaly Garcia-Guzman**<br>　　　　　　　　　**Defendant.** | <br>Case No.<br><br>07-CR- 0756 Deft # 7(RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, District Judge:

The C.J.A. attorney assigned to this case Roger Schwarz, Esq. is hereby ordered substituted

and the representation of the defendant in the above captioned matter is assigned

to Harry Rimm, Esq.


　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: New York, New York
　　　　November 26, 2007