UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

UNITED STATES OF AMERICA,

Plaintiff,

-v-

No. 07 Cr. 756 (RJS)
ORDER

JOSE FRANCISCO MENDOZA, *et al.*,

Defendants.

RICHARD J. SULLIVAN, District Judge:

At the conference held before the Court on March 4, 2008, the Court adopted the following schedule:

> Defendants shall submit, by March 7, 2008, a joint letter setting forth the trial schedules of all defense counsel from now until September, 2008.
>
> The next status conference in this case shall take place on Friday, April 11, 2008 at 2:00 p.m.

SO ORDERED.

Dated:    March 4, 2008
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE